IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALEX McPHERSON and
McPHERSON'S TRUCKING, LLC,

Plaintiffs,

v. CASE NO.

GE VERNOVA, INC., GE
VERNOVA – ONSHORE
WIND PENSACOLA, and GE
VERNOVA INTERNATIONAL,
LLC f/k/a GENERAL ELECTRIC
INTERNATIONAL, INC.

Defendants.
_________________________________/

**COMPLAINT**

Plaintiffs ALEX McPHERSON and McPHERSON'S TRUCKING, LLC (collectively "Plaintiffs") by and through undersigned counsel, sue Defendants GE VERNOVA. GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC, INC. ("Defendants") and allege as follows:

## JURISDICTION and VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs (citizens of Indiana) and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in Pensacola, Escambia County, Florida, within the Northern District of Florida.

## PARTIES

3. Plaintiff ALEX McPHERSON is an adult individual and citizen of the State of Indiana, residing in Whiteland, IN 46184.

4. Plaintiff McPHERSON'S TRUCKING, LLC is a limited liability company organized under the laws of the State of Indiana with its principal place of business in Indiana. At all times material hereto, McPHERSON'S TRUCKING, LLC and ALEX McPHERSON were the owners of the specialized heavy-haul trailer and associated equipment at issue in this action.

5. Defendant GE VERNOVA, INC. is a corporation or other business entity with an Office of General Counsel located at 58 Charles Street, Boston, MA 02141, and at all times material hereto operated a wind turbine manufacturing and staging facility (GE VERNOVA – ONSHORE WIND PENSACOLA) located at 8301 Scenic Highway in Pensacola, Escambia County, Florida, where the incident giving rise to this action occurred.
6. Defendant GE VERNOVA – ONSHORE WIND PENSACOLA is a corporation or other business entity which is a subsidiary or entity within GE VERNOVA, INC.
7. Defendant GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL, INC., is a Delaware corporation or other business entity which owns the subject property which is the subject of this action.

**GENERAL ALLEGATIONS**

8. At all times material hereto, Plaintiffs ALEX McPHERSON and McPHERSON’S TRUCKING, LLC owned and operated a XL Specialized heavy-haul trailer (the “Trailer”), together with an associated jeep, and interior and rear flip axles (collectively, the “Equipment”),

which was used to transport oversized industrial cargo, including wind turbine components.

9. The Trailer was one-of-a-kind, specialized heavy-haul equipment that could not be sourced from inventory and could only be re-manufactured, with a replacement cost exceeding $450,000.00 as quoted by the manufacturer, XL Specialized Trailers.

10. On July 26, 2024, Plaintiff ALEX McPHERSON, operating the Trailer on behalf of McPHERSON'S TRUCKING, LLC, arrived at GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC.'s (the "Defendants") facility in Pensacola, Florida, to be loaded with a wind turbine drivetrain component for transport.

11. Defendants, and Defendants' employee - a forklift operator - undertook to load the cargo onto the Trailer.

12. The Cargo weighed approximately 104,000 lbs.

13. Defendants, and Defendants' employee, performed exclusively the loading process using Defendants' forklift and equipment, at Defendants' facility, and under Defendants' direction and control.

14. The loading occurred later in the day, at a time period when Defendants' employees were eager to go home for the weekend.

15. During the loading process, Defendants' forklift operator wedged the forks into the transport stand that was holding the cargo and titled the forks downward – primarily on the passenger side – applying enormous downward and lateral force onto the Trailer's deck and neck.

16. Rather than lifting the load off the Trailer to free the wedged forks, Defendants' operator improperly tilted the fork in a manner that used the Trailer itself as leverage, crushing the Trailer's frame toward the ground and pushing the structural iron of the Trailer past its yield strength. This caused permanent deformation of the neck, frame, axles, and related components.

17. As a direct and proximate result of Defendants' improper loading, the Trailer's hydraulic neck ceased to function, the frame was twisted and flattened, the fifth-wheel plate was fractured, axles were displaced and bent, and the structural integrity of the Trailer was permanently destroyed.

18. The Trailer was Plaintiffs ALEX McPHERSON and McPHERSON'S TRUCKING, LLC's primary-generating asset.

19. Plaintiffs ALEX McPHERSON and McPHERSON'S TRUCKING, LLC have sustained property damage, loss of use, lost revenue, lost business opportunities, and consequential damages exceeding $1,000,000.00, all as a direct and proximate result of Defendants' conduct.

**COUNT I - NEGLIGENCE**

20. Plaintiffs reallege and incorporate by reference paragraphs 1 through 18 above as if fully set forth herein.

21. Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC. owed Plaintiffs ALEX McPHERSON and McPHERSON'S TRUCKING, LLC a duty to exercise reasonable care in the loading of cargo onto Plaintiffs' Trailer, including but not limited to a duty to supervise, and monitor its forklift operators; a duty to use safe, industry-standard loading procedures; a duty not to overload its own forklift equipment; and a duty not to use Plaintiffs' Trailer as a pry bar or leverage point to free wedged forks.

22. Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC. breached these duties

by, among other things: (a) operating an overloaded forklift; (b) titling the forks aggressively downward onto the Trailer's deck while the load remained on the Trailer; (c) using the Trailer's frame as leverage to free wedged forks rather than lifting the load off the Trailer; (d) failing to properly supervise its forklift operator; (e) failing to use a spotter to level the forks; and (f) failing to correct a known, recurring fork-binding hazard at the Pensacola facility.

23. As a direct and proximate result of Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC.'s breaches, Plaintiffs' Trailer and associated Equipment were destroyed, Plaintiffs lost the use of the Trailer, and Plaintiffs sustained lost revenue, lost profits, lost business opportunities, and consequential damages in excess of $1,000,000.00.

## **COUNT II – NEGLIGENT HIRING, TRAINING, SUPERVISION, AND RETENTION**

24. Plaintiffs reallege and incorporate by reference paragraphs 1 through 18 above as if fully set forth herein.

25. Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC. had a duty to hire, train, supervise, and retain competent forklift operators and loading personnel at its Pensacola facility.

26. Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC. knew or should have known, prior to July 26, 2024, that fork-binding and improper loading practices at its Pensacola facility posed a substantial risk of damage to carriers' equipment, as such issues were ongoing and acknowledged by its own personnel.

27. Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC. breached its duty by failing to adequately train, supervise, and correct the practices of its forklift operators and loading personnel, and by permitting known unsafe loading practices to continue.

28. As a direct and proximate result of Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC.'s breaches, Plaintiffs sustained damages described herein including but not limited to property damage, loss of use, lost revenue, lost business opportunities, and consequential damages exceeding $1,000,000.00.

## COUNT III – VICARIOUS LIABILITY/RESPONDEAT SUPERIOR (AGAINST DEFENDANT EMPLOYER)

29. Plaintiffs reallege and incorporate by reference paragraphs 1 through 18 above as if fully set forth herein.

30. At all times material hereto, the relationship of employer and employee existed between Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC. and the forklift operator.

31. At the time of the incident, the forklift operator, who undertook the performance of loading of the Cargo, was acting within the course and scope of his employment with Defendants GE VERNOVA, INC., GE

VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL INC.

32. Under the legal doctrine of *respondeat superior,* Defendants GE VERNOVA, INC., GE VERNOVE – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL, INC. are vicariously liable for all torts and negligent acts and omissions committed by the forklift operator during the scope of his employment.

33. These torts include not acting with reasonable care to unload the cargo with the forklift and to operate without proper supervision and guidance.

34. Plaintiffs ALEX McPHERSON and McPHERSON'S TRUCKING, LLC have sustained property damage, loss of use, lost revenue, lost business opportunities, and consequential damages exceeding $1,000,000.00, all as a direct and proximate result of Defendants' conduct.

WHEREFORE, Plaintiffs ALEX McPHERSON and McPHERSON'S TRUCKING, LLC demand judgment for damages and cost against Defendants GE VERNOVA, INC., GE VERNOVA – ONSHORE WIND PENSACOLA, and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC

INTERNATIONAL INC. and a trial by jury on all issues so triable.

*/s/ Brenton Goodman*

BRENTON GOODMAN, Esquire
Florida Bar Number: 0126153
Levin, Papantonio, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7006 (Phone)
(850) 436-6006 (Fax)
Attorneys for Plaintiffs
BGoodman@Levinlaw.com
DJohnson@Levinlaw.com