**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ALEX McPHERSON and
McPHERSON'S TRUCKING, LLC,

*Plaintiffs*,

v. CASE NO.: 3:26-cv-04731-MCR ZCB

GE VERNOVA, INC., GE
VERNOVA – ONSHORE WIND
PENSACOLA, and GE VERNOVA
INTERNATIONAL, LLC f/k/a
GENERAL ELECTRIC
INTERNATIONAL, INC.,

*Defendants*.
__________________________________/

**DEFENDANTS' STIPULATED MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 6.1 and Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants, GE VERNOVA INC. and GE VERNOVA INTERNATIONAL LLC ("GE"), move for a fifteen (15) day extension of time to respond to the Complaint of Plaintiffs, ALEX McPHERSON and McPHERSON'S TRUCKING, LLC, ("Plaintiffs"), and state the following in support:

1. Plaintiffs' Complaint was served on July 30, 2026, and GE's deadline to file a responsive pleading is August 20, 2026.

2. GE engaged undersigned counsel to represent it in this action and serve as local counsel with GE's national counsel, Randy Cangelosi and Dilari Cooper of Kean Miller LLP.[1]

3. GE and its counsel are working diligently to verify information and complete the tasks necessary to appropriately respond to the Complaint, however, they will be unable to do so by the current deadline of August 20, 2026.

4. GE therefore respectfully requests a fifteen (15) day extension of time to file a responsive pleading.

5. Undersigned counsel for GE discussed the requested extension with Brenton Goodman, counsel for Plaintiffs, and Plaintiffs agree to the requested extension.

6. Good cause exists for the requested extension and it is not made for purposes of delay.

WHEREFORE, Defendants, GE VERNOVA INC. and GE VERNOVA INTERNATIONAL LLC, respectfully request that the Court permit the requested extension of fifteen (15) days and allow Defendants until September 4, 2026 to file a responsive pleading to Plaintiffs' Complaint.

---

[1] *Pro hac vice* admissions will be timely sought for Mr. Cangelosi and Ms. Cooper.

*/s/ Andrew M. Spencer*
**Jason W. Peterson** (FBN 174701)
**Andrew M. Spencer** (FBN 119966)
CLARK PARTINGTON
125 E. Intendencia Street
Pensacola, FL 32502
Phone: (850) 434-9200
P/E: jpeterson@clarkpartington.com
P/E: aspencer@clarkpartington.com
S/E: svierth@clarkpartington.com
S/E: tgoraum@clarkpartington.com

*Counsel for Defendants, GE Vernova Inc., and GE Vernova International LLC*

## LOCAL RULE 7.1(B) CERTIFICATE OF COMPLIANCE

I hereby certify that Defendants complied with Local Rule 7.1(B) by conferring with counsel for Plaintiffs, and Plaintiffs agree to the extension of time sought.

*/s/ Andrew M. Spencer*
**Andrew M. Spencer**

## CERTIFICATE OF WORD COUNT COMPLIANCE

I hereby certify that this Motion contains 257 words, counted as provided for in Local Rule 7.1(F).

*/s/ Andrew M. Spencer*
**Andrew M. Spencer**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and furnished electronically all counsel of record via CM/ECF E-Filing on this 19th day of August, 2026.

*/s/ Andrew M. Spencer*
**Andrew M. Spencer**