**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ALEX McPHERSON and
McPHERSON'S TRUCKING, LLC,

*Plaintiffs*,

v. CASE NO.: 3:26-cv-04731-MCR ZCB

GE VERNOVA, INC., GE
VERNOVA – ONSHORE WIND
PENSACOLA, and GE VERNOVA
INTERNATIONAL, LLC f/k/a
GENERAL ELECTRIC
INTERNATIONAL, INC.,

*Defendants*.
______________________________/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS FOR SERVICE**

The undersigned, JASON W. PETERSON and ANDREW M. SPENCER, of Clark Partington, hereby give notice to the Court and to the parties of their appearance as counsel on behalf of the Defendants, GE VERNOVA, INC. and GE VERNOVA INTERNATIONAL, LLC f/k/a GENERAL ELECTRIC INTERNATIONAL, INC. ("GE"), in the above-referenced action, and request copies of all pleadings be provided at the addresses referenced below.

Pursuant to Fla. R. Jud. Admin. 2.516(b)(I)(A), the undersigned hereby designates the following primary and secondary email addresses for email service in the above-referenced case:

| | |
|---|---|
| Primary e-mail addresses: | jpeterson@clarkpartington.com<br>aspencer@clarkpartington.com |
| Secondary e-mail addresses: | svierth@clarkpartington.com<br>tgoraum@clarkpartington.com |

Respectfully submitted this 20th day of August, 2026.

*/s/ Andrew M. Spencer*

**Jason W. Peterson** (FBN 174701)
**Andrew M. Spencer** (FBN 119966)
CLARK PARTINGTON
125 E. Intendencia Street
Pensacola, FL 32502
Phone: (850) 434-9200
P/E: jpeterson@clarkpartington.com
P/E: aspencer@clarkpartington.com
S/E: svierth@clarkpartington.com
S/E: tgoraum@clarkpartington.com

*Counsel for Defendants, GE Vernova Inc., and GE Vernova International LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and furnished electronically all counsel of record via CM/ECF E-Filing on this 20th day of August, 2026.

*/s/Jason W. Peterson*

**JASON W. PETERSON**