UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **ALEX MCPHERSON, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**GE VERNOVA, INC., et al.,**<br><br>**Defendants.** | **CASE NO. 3:26-cv-4731-MCR-ZCB** |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on August 20, 2026
Motion/Pleadings: MOTION FOR EXTENSION OF TIME
Filed by GE Defendants on August 19, 2026 Doc. # 6

X Stipulated ____ Joint Pleading
____ Unopposed ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ ***Patricia G. Romero***
Deputy Clerk: Patricia G. Romero

On consideration, the motion is **GRANTED**.[1] Defendants GE Vernova, Inc. and GE Vernova International LLC's deadline to respond to the Complaint is extended to September 4, 2026.

**DONE** and **ORDERED** this 20th day of August 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

[1] No further extension will be granted absent extraordinary circumstances.