**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ALEX McPHERSON and
McPHERSON'S TRUCKING, LLC,

*Plaintiffs*,

v. CASE NO.: 3:26-cv-04731-MCR-ZCB

GE VERNOVA, INC., GE
VERNOVA – ONSHORE WIND
PENSACOLA, and GE VERNOVA
INTERNATIONAL, LLC f/k/a
GENERAL ELECTRIC
INTERNATIONAL, INC.,

*Defendants*.
___________________________________/

**DEFENDANTS GE VERNOVA, INC. AND GE VERNOVA INTERNATIONAL, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendants GE Vernova, Inc. and GE Vernova International, LLC file this Certificate of Interested Parties and Federal Rule of Civil Procedure 7.1 Disclosure Statement and show the Court as follows:

Defendants GE Vernova, Inc. and GE Vernova International, LLC state that to the best of their knowledge the following persons and/or entities are interested in the outcome of this litigation:

1. **Plaintiffs Alex McPherson and McPherson's Trucking, LLC**

2. **Defendant GE Vernova, Inc.**

GE Vernova, Inc. is a Delaware corporation. It does not have a parent

corporation and there is no publicly held corporation that owns 10% or more of its stock.

3. **Defendant GE Vernova International, LLC**

GE Vernova International, LLC is a Delaware limited liability company. It is wholly owned by GE Vernova International Holdings, Inc. In turn, GE Vernova International Holdings, Inc. is wholly owned by GE Vernova, Inc. GE Vernova, Inc. is a publicly traded corporation.

Dated: September 14, 2026

[signature page follows]

Respectfully submitted,

*/s/ Andrew M. Spencer*

**Jason W. Peterson** (FBN 174701)
**Andrew M. Spencer** (FBN 119966)
CLARK PARTINGTON
125 E. Intendencia Street
Pensacola, FL 32502
Phone: (850) 434-9200
P/E: jpeterson@clarkpartington.com
P/E: aspencer@clarkpartington.com
S/E: svierth@clarkpartington.com
S/E: tgoraum@clarkpartington.com

**Dilari Cooper***
Texas Bar No. 24142167
Dilari.Cooper@keanmiller.com
Telephone: (713) 844-3000
Fax: (713) 844-3030
**Alasdair Roberts***
Texas Bar No. 24068541
alasdair.roberts@keanmiller.com
Kean Miller LLP
711 Louisiana Street, Ste 1800
Houston, TX 77002
Telephone: (713) 844-3081
Fax: (713) 844-3030

**pro hac vice anticipated*

*Counsel for Defendants, GE Vernova, Inc. and GE Vernova International, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and furnished electronically to all counsel of record via CM/ECF E-Filing on this 14th day of September 2026.

*/s/ Andrew M. Spencer*
**ANDREW M. SPENCER**